ROOT and Another v. MONROE.—In error.

Tuesday,     IF it appear by the recital in the condition of the bond in
June 29.   foreign attachment that the writ had issued before the bond
          was filed, and there be nothing in the record to show that
          the bond had been previously filed, the attachment will be
          quashed. *Summers* v. *Glancey,* 3 Blackf. 361.

A motion to quash such writ, made on the calling of the
cause at the term at which the writ was returnable, and on
the first appearance of the defendant in Court, is in time,
though he had previously entered special bail in vacation in
the clerk's office. *Blaney* v. *Findley et al.,* 2 Blackf. 338.—
R. S. 1838, p. 80.